UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JORGE COJON ALVARADO, LEONEL MORALES       CASE NO. _____
AND MELVIN CARRANZA

VERSUS

COASTAL INDUSTRIES, LLC

# COMPLAINT

This is an FLSA overtime action brought by Jorge Cojon Alvarado, Leonel Morales, and Melvin Carranza, former employees of the defendant.

*Defendant*

1.

Made defendant herein is Coastal Industries, LLC, a Louisiana limited liability company with its principal office in East Baton Rouge Parish, Louisiana.

*Jurisdiction and Venue*

2.

This Court has subject matter jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1331.

3.

Plaintiffs file this action pursuant to the Fair Labor Standards Act (29 U.S.C. § 201, *et seq.*).

4.

The great majority of the facts giving rise to this cause of action occurred within the parish of East Baton Rouge, Louisiana.

*Plaintiffs*

5.

Plaintiffs were employed by defendant as construction workers. Plaintiffs Alvarado and Morales worked for defendant for approximately one and one-half years, and plaintiff Carranza worked for defendant for approximately 4 years. Their employment with defendant ended in the Spring of 2017.

6.

During the time period relevant to this lawsuit, plaintiffs were employed as construction workers, paid by the hour.

7.

Plaintiffs routinely worked in excess of 40 hours per week, but were not paid overtime as required by the Fair Labor Standards Act.

8.

Plaintiffs estimate that they worked an average of about 50-55 hours per week; the defendant knows the exact amount of hours they worked each week.

9.

Plaintiffs were the non-exempt employees of the defendant under the FLSA.

10.

Under the Fair Labor Standards Act, plaintiffs are entitled to payment of additional wages at the rate of one and one-half times the rate of their regular pay for all hours worked in excess of forty hours per week throughout the duration of their employment

11.

The defendant knowingly and willfully violated the FLSA.  Plaintiffs are therefore also entitled to recover their unpaid overtime for the three years prior to filing this lawsuit, and are entitled to recover from defendant an equal sum as liquidated damages, together with reasonable attorney fees, legal interest, costs, as well as to such equitable relief as may be appropriate to effectuate the purposes of the Fair Labor Standards Act.

**WHEREFORE,** plaintiffs pray that there be service and citation upon the defendant, and that after all legal delays and proceedings that there be a judgment rendered in favor of the plaintiffs and against the defendant for accumulated wages at the overtime rate as required by law, and an equal sum as liquidated damages, reasonable attorneys fees, interest on all sums due and owing from the date of judicial demand until paid, and for all costs of this proceeding.

Respectfully Submitted:

ESTES DAVIS LAW, LLC

/S Daniel B. Davis
Daniel B. Davis (La. Bar Roll No. 30141)
Randall E. Estes (La. Bar Roll No. 22359)
850 North Boulevard
Baton Rouge, LA 70802
Telephone:  (225) 336-3394
Facsimile:   (225) 384-5419
Email: dan@estesdavislaw.com
*Attorneys for Plaintiffs*